FRANK J. MARTONE, P.C.
1455 BROAD STREET
BLOOMFIELD, NJ 07003
973-473-3000
973-473-3243 – FAX

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | HON. FAITH S. HOCHBERG |
| Plaintiff, | CIVIL ACTION NO. 09-05841 |
| V. | **DEFAULT JUDGMENT** |
| MICHELLE NARDINI | |
| Defendant(s). | |

This action having been opened to the court by Frank J. Martone, Esq. pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure; and defendant, MICHELLE NARDINI having failed to appear or respond to the Complaint; and default having been entered against defendant; and upon good cause appearing, it is hereby

ORDERED and ADJUDGED that plaintiff, United States of America, recover from defendant the sum of $14,173.53 as of January 13, 2010, plus interest at the rate of $2.30 per day until the date of judgment, plus costs in the amount of $110.00, and post-judgment interest at the legal rate, as provided by law, computed daily and compounded annually until paid in full.

WILLIAM T. WALSH, CLERK
UNITED STATES DISTRICT COURT

Date: 1-20-10

_____
Deputy Clerk